UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLACKWARD PROPERTIES, LLC,                Case No. 09-12598

        Plaintiff,                              SENIOR UNITED STATES DISTRICT
                                                JUDGE
v.                                         ARTHUR J. TARNOW

BANK OF AMERICA,

        Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND/OR TO ALTER OR AMEND JUDGMENT [55]

Before the Court is Plaintiff's Motion for Reconsideration and/or to Alter or Amend Judgment [55] brought pursuant to Local Rule 7.1 and Fed. R. Civ. P. 59.

Local Rule 7.1(h)(3) provides that:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

A party may not utilize a motion for reconsideration "to introduce new legal theories for the first time, to raise legal argumentation which could have been heard during the pendency of the previous motion, or to present evidence that could have been adduced during the pendency of the original motion." *See Tkach v. Stonepath Logistics Services, et al.,* 2005 U.S. Dist. LEXIS 44354 at *2 (E.D. Mich. 2005). Additionally, motions to alter or amend brought under Fed. R. Civ. P. 59(e) "may be granted if there is a clear error of law, newly discovered evidence, an intervening change in controlling law, or to prevent manifest injustice." *See Gencorp, Inc. v.*

*American Int'l Underwriters*, 178 F.3d 804, 834 (6th Cir. 1999) (citations omitted).

Plaintiff's motion lacks merit. The motion offers arguments this Court previously rejected. To the extent any new arguments are raised, Plaintiff has failed to demonstrate why those arguments could not have been previously offered. Moreover, Plaintiff has not demonstrated any grounds for altering or amending the prior judgment.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration and/or to Alter or Amend Judgment [55] is **DENIED**.

**SO ORDERED.**


s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

Dated: August 31, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 31, 2010, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager